JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA TUPPEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TEAMHEALTH, INC., AMERITEAM SERVICES, LLC, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02616-PA (FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Complaint Filed : February 11, 2019<br>Trial Date　　　 : None |

58220032v.1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice |
| 3 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, |
| 4 | it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY |
| 5 | WITH PREJUDICE.  Each party will bear its owns fees and costs. |
| 6 | **IT IS SO ORDERED:** |

Date: September 16, 2019

_____
Hon. Percy Anderson
United States District Judge

58220032v.1